# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GASPLUS, L.L.C. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 03-1902 (RMC) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. # 48] is **GRANTED**. Plaintiffs' claims against Defendant Robert D. Baracker are dismissed without prejudice, and Plaintiffs' claims against Aurene Martin are dismissed with prejudice.

**SO ORDERED**.

/s/
ROSEMARY M. COLLYER
United States District Judge

DATE: December 8, 2006